**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-01395-WJM

**THEODORE ZIEGLER,**

        Plaintiff

  v.

**HOME DEPOT U.S.A., INC.,**

        Defendant

**STIPULATED MOTION FOR DISMISSAL, WITH PREJUDICE**

Plaintiff Theodore Ziegler ("Plaintiff") and Defendant Home Depot U.S.A., Inc. ("Defendant") by and through their respective counsel, hereby request as follows.

The Parties to this action, acting through counsel, and pursuant to F.R.C.P. 41hereby stipulate to the dismissal **with Prejudice** of this action, including all claims stated against all Parties, with each Party to bear her own attorneys' fees and costs.

| | |
|---|---|
| McDivitt Law Firm, P.C. | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| | *Original signature on file at Lewis Brisbois Bisgaard & Smith LLP, pursuant to C.R.C.P. 121 § 1-26* |
| By: */s/ Cristin Bordelon* | By: */s/ Katherine L. Vaughn* |
| Cristin Bordelon, Esq. | Katherine L. Vaughn, #40457 |
| David McDivitt, Esq. | Thomas P. Gerwick, #52673 |
| 19 East Cimarron Street | 1700 Lincoln Street, Suite 4000 |
| Colorado Springs, CO 80903 | Denver, Colorado 80203 |
| Litigation@mcdivittlaw.com | 303.861.7760 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

2

## CERTIFICATE OF SERVICE

      I hereby certify that on this this 7th day of August, 2020, I emailed the foregoing **STIPULATED MOTION FOR DISMISSAL** to the following:

Cristin Bordelon, Esq.
David McDivitt, Esq.
McDivitt Law Firm, P.C.
19 East Cimarron Street
Colorado Springs, CO 80903
Litigation@mcdivittlaw.com
*Attorneys for Plaintiff*

                                              /s/ Kristen L. Windler